IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:12-CR-66-009 |
| | ) CHIEF JUDGE VARLAN |
| RUSSELL ANTHONY WALTERS | ) |

### AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against Russell Anthony Walters, and the defendant admits that he has violated his supervised release as specified in the Petition. An agreement has been reached between the parties, recommending that Mr. Walters supervised release should be revoked, and that he should receive a sentence of Six (6) months imprisonment with Twenty-Four (24) months supervised release to follow.

The defendant agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is IV. The advisory guideline range is 6-12 months for Grade C violations, which the Court has carefully considered. There is a statutory maximum of twenty-four (24) months imprisonment, which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is revoked. The defendant is sentenced to a term of imprisonment of Six (6) months, to be followed by Twenty-Four (24) months of supervised release. All previously ordered general, standard, and special conditions will remain in place. The following special condition will also apply:

> The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted in a reasonable time and in a reasonable manner.

ENTER:

/s/ Thomas A. Varlan
Honorable Thomas A. Varlan
Chief United States District Judge

APPROVED FOR ENTRY:

_____
Tracy L. Stone
Assistant U.S. Attorney


_____
Benjamin G. Sharp
Counsel for Defendant


_____
Russell Anthony Walters
Defendant


_____ for Nick Dongarra
Nicholas P. Dongarra
U.S. Probation Officer